# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Rashard Brooks, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. _____ ) |
| Experian Information Solutions, Inc., | ) ) |
|     Defendant. | ) ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian" or "Defendant") hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is the named Defendant in Civil Action No. 21M07378 filed by Plaintiff Rashard Brooks ("Plaintiff") in the Magistrate Court Of DeKalb County, State of Georgia (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Magistrate Court of DeKalb County on July 2, 2021.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action are attached hereto as Exhibit A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff, who appears *pro se*, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: August 18, 2021                    Respectfully submitted,

*/s/ Rebecca M. Nocharli*
Rebecca M. Nocharli
(Georgia Bar No. 633621)
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
rnocharli@jonesday.com

*Attorneys for Defendant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font and point requirements of Local Rule 5.1 of the United States District Court for the Northern District of Georgia, using 14-point Times New Roman font, as approved by the Court.

Dated: August 18, 2021

                                        */s/ Rebecca M. Nocharli*
                                        Rebecca M. Nocharli

                                        *An Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, I caused a copy of the foregoing to be served via U.S. Mail on Plaintiff at the following address:

Rashard Brooks
5614 Mountain Meadow Ct.
Stone Mountain, GA 30087

/s/ *Rebecca M. Nocharli*
Rebecca M. Nocharli

*An Attorney for Defendant*