# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Rashard Brooks,<br><br>  Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>  Defendant. | Case No. 1:21-cv-03375-MLB-WEJ<br><br>Entered as dismissed pursuant to<br>Rule 41(a)(1)(i)(ii), F.R.C.P.<br>KEVIN P. WEIMER, Clerk<br>By: __s/Jill Ayers__<br>Deputy Clerk<br>Date: __11/2/2021__ |

## JOINT STIPULATION TO DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Rashard Brooks ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (together, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and do hereby stipulate to the dismissal with prejudice of the above-captioned civil action in its entirety.

Respectfully submitted by the Parties this 27th day of October, 2021.

| For the Plaintiff: | For the Defendant: |
|---|---|
| *(signature)* | *(signature)* |
| Rashard Brooks | John Heron IV |
| 5614 Mountain Meadow Ct. | (Georgia Bar No. 193170) |
| Stone Mountain, Georgia 30087 | JONES DAY |
| Telephone: (404) 317-2074 | 1221 Peachtree Street, N.E., Suite 400 |
| rashardbrooks1@gmail.com | Atlanta, GA 30361 |
| | Telephone: (404) 581-3939 |
| *Pro Se Plaintiff* | Facsimile: (404) 581-8330 |
| | jheron@jonesday.com |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, I caused a copy of the foregoing to be served via U.S. Mail on Plaintiff Rashard Brooks at the following address:

Rashard Brooks
5614 Mountain Meadow Ct.
Stone Mountain, Georgia 30087

John Heron IV
(Georgia Bar No. 193170)

*Counsel for Defendant*